

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

JERMAINE WEEDEN,

Defendant.

_____/

Case:2:20-cr-20598
Judge: Borman, Paul D.
MJ: Grand, David R.
Filed: 12-16-2020 At 01:09 PM
INDI USA V. WEEDEN (DA)

Violation:    18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

### (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

On or about August 20, 2019, in the Eastern District of Michigan, the defendant, JERMAINE WEEDEN, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Glock 23, .40 caliber, semi-automatic handgun, bearing serial number PAZ363, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

1

## FORFEITURE ALLEGATIONS

### (Criminal Forfeiture – 18 U.S.C. § 924(d); 28 U.S.C. § 2461)

1.    The allegations contained in Count One of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461.

2.    As a result of the foregoing violation of Title 18, United States Code, Section 922(g), as charged in Count One of this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in any knowing violation of Section 922, including, but not limited to, the following:

     a.    one (1) Glock 23, .40 caliber, semi-automatic handgun, bearing serial number PAZ363;

b.   twelve (12) rounds of .40 caliber ammunition with head-stamp markings "SIG 40 S&W"; and

c.   twenty-six (26) rounds of .40 caliber ammunition with head-stamp markings "SIG 40 S&W."

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

Date: December 16, 2020

MATTHEW SCHNEIDER
United States Attorney

CRAIG WININGER
Assistant United States Attorney
Chief, Violent and Organized Crime Unit

*s/ Danielle Asher*
Danielle Asher
William M. Sloan
Assistant United States Attorneys

3

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case:2:20-cr-20598<br>Judge: Borman, Paul D.<br>MJ: Grand, David R.<br>Filed: 12-16-2020 At 01:09 PM<br>INDI USA V. WEEDEN (DA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete ~~_____~~

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | **AUSA's Initials:** |

**Case Title:** USA v.  Jermaine Weeden

**County where offense occurred :**  Wayne

**Check One:**   ☒ Felony          ☐ Misdemeanor          ☐ Petty

____Indictment/____Information --- no prior complaint.
_✓_Indictment/____Information --- based upon prior complaint [Case number: 20-mj-30376          ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____          **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

December 16, 2020
Date

Danielle Asher
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9518
Fax:   313-226-3265
E-Mail address: Danielle.Asher@usdoj.gov
Attorney Bar #:  P81362

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.