3

20-20598

9/28/21

To whom it may concern;

David Cripps were appointed to me in February of 2021 to current date, I didnt find out Cripps was my attorney until early July were my mother reached out to another Attorney and asked question pretaining to my case and court proceedings and the attorney asked what happened with my attorney David Cripps, my family didnt have a response because I never spoke with or met David Cripps, my mother took time out her life to research and get Cripps information and number and called and left voicemails multiple times and messages with receptionist and the receptionist told my mother she would relay messages to Cripps, to contact me or my family because I havent been to court since early February and didnt have a clue what were going on with my proceedings and what was the delay. Cripps eventually set up a Zoom call on ~~~~~~~ July 30, 2021, were he told me he was going to get my

discovery to me, which I still to date never received. I had Court August 9, 2021 were my Court date was Adjourned and I called Cripps and he told me he was going to file A motion for Dismiss which he never did he told me it should have been done by the end of that week. I called following week, still no motioned filed. I called 2 weeks straight and still the motion havent been filed or these Zoom Calls he promised me still havent been set up. This is a clear case of ineffective counsel he have the Statues and found things in the Criminal Rule procedure book. Its to the point Cripps dosent respond or answer calls anymore. Cripps isnt putting any effort in my case I still havent received my discovery I been incarcerated since November 10, 2020, I asked Cripps to set up multiple zooms calls to discuss case threw receptionist, which it never happened I seen Crips 1 time since he was appointed to me. This is very unproffessional and this matter need to be looked at, I ask the court to Respectfed remove Cripps off my case, Please and Thankyou.

M. Hatfield
Notary Public, Livingston County
My Commission Expires 11/26/2027

9/30/21

Termaine Wereldon #367405
150 S. Highlander Way
Howell, MI 48843

GRAND RAPIDS MI 493
4 OCT 2021 PM 4 L

10-4-21

Office of the Clerk
231 West Lafayette Blvd
Detroit MI 48226

48226-271839

RECEIVED
OCT 12 2021
CLERK'S OFFICE
U.S. DISTRICT COURT