UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERMAINE WEEDEN,

    Defendant

Case No. 2:20-cr-20598

Hon. Paul D. Borman

## MOTION AND BRIEF TO DISMISS INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss without prejudice the Indictment (ECF No. 1) against defendant Jermaine Weeden. On or about October 13, 2021, the defendant was charged by the Wayne County Prosecutor's Office with several state crimes, including first degree murder (Case No. 20709198-01). Accordingly, the government seeks dismissal of the Indictment without prejudice in light of the ongoing state prosecution of the defendant, as well as an evaluation of the government's prosecution resources.

1

Accordingly, the government requests leave to dismiss the Indictment without prejudice.

Respectfully submitted,

Saima S. Mohsin
Acting United States Attorney

*s/ William M. Sloan*
William M. Sloan
Danielle Asher
Assistant United States Attorneys
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9611
william.sloan2@usdoj.gov
danielle.asher@usdoj.gov

Dated: November 1, 2021

## Certificate of Service

I HEREBY CERTIFY that on November 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, for uploading and service by electronic notice to counsel and parties authorized to receive electronically Notices of Electronic Filing.

                                                   *s/ William M. Sloan*
                                                   William M. Sloan
                                                   Assistant United States Attorney
                                                   211 W. Fort Street, Suite 2001
                                                   Detroit, MI  48226
                                                   william.sloan2@usdoj.gov
                                                   (313) 226-9611