UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERMAINE WEEDEN,

    Defendant

Case No. 2:20-cr-20598

Hon. Paul D. Borman

## ORDER DISMISSING INDICTMENT

Upon the motion of the United States of America pursuant to Federal Rule of Criminal Procedure Rule 48(a), and for good cause shown, it is hereby:

ORDERED that the Indictment (ECF No. 1) in this case is dismissed without prejudice as against defendant JERMAINE WEEDEN.

s/Paul D. Borman
Hon. Paul D. Borman
United States District Judge

Dated: November 1, 2021